

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00244-CV

**MERITAGE HOMES OF TEXAS LLC**,
Appellant

v.

Ramiro and Dorothy **GARCIA**,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-18183
Honorable Fred Shannon, Judge Presiding

PER CURIAM

Sitting:    Karen Angelini, Justice
            Sandee Bryan Marion, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  May 29, 2013

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellees, who have not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM